IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JERAD KEITH DUNKIN
ADC #144105                                                                                    PLAINTIFF

v.                                   Case No. 1:11-cv-11-DPM

RICKY MORALES                                                                             DEFENDANT

ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommendations, *Document No. 4*, and Jerad Dunkin's objections, *Document No. 10*. After a *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts Magistrate Judge Young's proposal. Dunkin's complaint is dismissed with prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court further certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2011