IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JERAD KEITH DUNKIN
ADC #144105                                                                           PLAINTIFF

v.                          Case No. 1:11-cv-11-DPM

RICKY MORALES                                                                      DEFENDANT

JUDGMENT

Dunkin's complaint is dismissed with prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2011